1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  THOMAS M. O'CONNELL (NYSBN 1801950)
   Assistant United States Attorney
5
      150 Almaden Blvd., Suite 900
6     San Jose, California 95113
      Telephone:  (408) 535-5053
7     FAX: (408) 535-5066
      Thomas.M.OConnell@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,        )   No. CR 09-00426- JW
14                                  )
          Plaintiff,                )
15                                  )   STIPULATION AND [PROPOSED]
         v.                         )   ORDER EXCLUDING TIME
16                                  )
   DAVID GUZMAN,                    )
17                                  )
          Defendant.                )   SAN JOSE VENUE
18                                  )
                                    )
19

20     On July 9, 2009, the parties in this case appeared before the Court for initial appearance.

21 The parties jointly requested that the case be continued until August 17, 2009 at 9:00 a.m.. The

22 parties subsequently agreed that such a continuance was necessary in order for counsel for the

23 defendant to have adequate opportunity to further investigate the case, review discovery, and

24 confer with her client, and that exclusions of time under the Speedy Trial Act were appropriate.

25 The parties therefore agree and stipulate that an exclusion of time from July 9, 2009, until

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER
NO. 09 - CR - 00426 - JW              1

1 | August 17, 2009,  is appropriate based on the defendant's need for effective preparation of
2 | counsel.
3 |
4 | SO STIPULATED:                    JOSEPH P. RUSSONIELLO
  |                                   United States Attorney
5 |
6 | DATED:      7/23/09               _____/s/_____
  |                                   THOMAS M. O'CONNELL
7 |                                   Assistant United States Attorney
8 |
  | DATED:      7/23/09               _____/s/_____
9 |                                   MARY CONN, Esq.
  |                                   Counsel for GUZMAN
10 |
11 |
12 |     Accordingly, for good cause shown, the Court HEREBY ORDERS that time be excluded
13 | under the Speedy Trial Act from July '9 2009, until August 17, 2009.  The Court finds, based on
14 | the aforementioned reasons, that the ends of justice served by granting the requested continuance
15 | outweigh the  interest of the public and the defendant in a speedy trial.  The failure to grant the
16 | requested continuance would deny defense counsel reasonable time necessary for effective
17 | preparation, taking into account the exercise of due diligence, and would result in a miscarriage
18 | of justice.  The Court therefore concludes that this exclusion of time should be made under 18
   | U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
19 | SO ORDERED.
20 |
21 |
22 | DATED:__July 27, 2009___           _____
   |                                    JAMES WARE
23 |                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. 09 - CR - 00426 - JW                     2