Mary Elizabeth Conn SBN #224597
MARY E. CONN & ASSOCIATES
55 River Street Ste. 230
Santa Cruz, CA 95060
Telephone: (831) 471-7103
Fax: (831) 426-0159

Attorney for David Guzman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR-09-00426 JW |
| ) | |
| v. ) | STIPULATION TO CONTINUE SETTING AND [PROPOSED] ORDER THEREON |
| ) | |
| DAVID GUZMAN, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between Thomas M. O'Connell, Esq., attorney for the United States of America, and Mary Elizabeth Conn, Esq., attorney for Defendant David Guzman, that the setting currently set for Monday, September 28, 2009, at 1:30 p.m. be continued to Monday, October 5, 2009, at 1:30 p.m.

IT IS SO STIPULATED.

MARY E. CONN & ASSOCIATES

(Signed)

Date: September 25, 2009
_____
Mary Elizabeth Conn, Attorney for David Guzman

The United States of America

(Signed by permission)

Date: September 25, 2009
_____
Thomas M. O'Connell, AUSA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

GOOD CAUSE APPEARING THEREFORE, it is hereby ordered, adjudged, and decreed that the hearing currently set for September 28, 2009, be continued to Monday, October 5, 2009, at 1:30 p.m. The Court finds good cause to excluded time from September 28, 2009 through October 5, 2009.

Dated:  September 25, 2009

_____
THE HONORABLE JAMES WARE
United States District Court Judge